

David E. Rice
U. S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Brenda Wood

Case No.: 17-16107
Chapter 13

DEBTOR(S)

Servis One, Inc. dba BSI Financial Services, Inc.

MOVANT
vs.

Brenda Wood

Roslyn Wright, non filing codebtor

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

    Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, by default as to the Co-Debtor, and by Consent as to the Debtor, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Baltimore City, Maryland against the real property and improvement known as 7813 Cornerstone Way, Windsor Mill, MD  and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1.  Resume(s) making regular monthly payments on March 1, 2020, of $1744.45 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2.  Make(s) a payment of $803.80 for (6) months beginning February 15, 2020 , and continue through July 15, 2020.  The total post-petition arrearage due from December 1, 2019 to February 1, 2020 is $4822.70 which includes $1031.00 bankruptcy legal fees and $1441.78 in suspense.

Payments should be mailed to:
> Servis One, Inc. dba BSI Financial Services, Inc.
> 314 South Franklin Street
> Titusville, PA 16354
> Attn: Bankruptcy Department

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court.  Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement.  Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect.  No right shall be given to cure any ensuing default.  In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| | |
|---|---|
| /s/Edward C. Christman, Jr. | /s/ Richard J. Rogers |
| Edward C. Christman, Jr., Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD  21204 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcyecf@cgd-law.com |
| | Federal Bar #: 01980 (MD) |

                                                    Attorney for Movant

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                    /s/ Richard J. Rogers
                                                    Richard J. Rogers, Esquire
                                                    Cohn, Goldberg & Deutsch, LLC
                                                    600 Baltimore Avenue, Suite 208
                                                    Towson, MD  21204
                                                    410-296-2550
                                                    Fax: 410-296-2558
                                                    Email: bankruptcyecf@cgd-law.com
                                                    Federal Bar #: 01980 (MD)
                                                    Attorney for Movant

Copies to:

Brenda Wood
7813 Cornerstone Way
Windsor Mill, MD 21244

Roslyn Wright
7813 Cornerstone Way
Windsor Mill, MD 21244

and respondent(s)' counsel:
Edward C. Christman, Jr., Esquire
810 Gleneagles Court, Suite 301
Towson, MD 21286

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

                                                    **End of Order**